UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------x

JORGE TOLEDO,                                                            (AKH) 07-CV-4518

                              Plaintiffs,

   -against-

ALAN KASMAN DBA KASCO,
AMERICAN EXPRESS BANK LTD,
AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC.,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY,
BFP TOWER C CO LLC,
BFP TOWER C MM LLC,
BLACKMON-MOORING- STEAMATIC CATASTOPHE, INC.,
D/B/A BMS CAT,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP.,
BROOKFIELD PARTNERS, LP.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,INC,
KASCO RESTORATION SERVICES, CO.,
LEHMAN BROTHERS HOLDING INC.,
LEHMAN BROTHERS INC.,
LEHMAN COMMERCIAL PAPER INC.,
MCCLIER CORPORATION,
MERRILL LYNCH & CO. INC.,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
STRUCTURE TONE (UK ) INC.,
STRUCTURE TONE GLOBAL SERVICES INC.,
TOSCORP INC.,
TRAMMEL CROW COMPANY,
TRAMMEL CROW CORPORATE SERVICES INC,.
TUCKER ANTHONY INC.,
WESTON SOLUTIONS, INC.,
WFP RETAIL CO
WFP RETAIL CO. GP CORP.,
WFP RETAIL CO LP.,
WFP TOWER A CO.,
WFP TOWER A CO GP CORP.,
WFP TOWER A CO LP.,

WFP TOWER B CO. G.P.,
WFP TOWER B HOLDING CO., LP.,
WFP TOWER B. CO., L.P.

                            Defendants.
------------------------------------------------------------------------x

## DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

                            Yours, etc.
                            FRIEDMAN, HARFENIST, LANGER & KRAUT
                            Attorneys for Defendant –Envirotech
                            3000 Marcus Avenue, Suite 2E1
                            Lake Success, New York 11042
                            (516) 775-5800
                            BY: _____
                            Heather L. Smar (4622)