UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| JORGE TOLEDO, | 07-CV-4518-AKH |
| Plaintiff, | |
| | **APPEARANCE** |
| - against - | |
| ALAN KASMAN DBA KASCO, *et al.*, | |
| | **ELECTRONICALLY FILED** |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York          DICKSTEIN SHAPIRO LLP
        October 3, 2007

                                  By:     ___/s/ Judith R. Cohen___
                                           Judith R. Cohen (JC-8614)
                                           1177 Avenue of the Americas
                                           New York, New York 10036
                                           Phone: (212) 277-6500
                                           Fax: (212) 277-6501
                                           *Attorney for Defendant*
                                           MERRILL LYNCH & CO., INC.